

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00161-CV

| | | |
|---|---|---|
| Harris Hughey | § | From 367th District Court |
| | § | of Denton County (14-08039-367) |
| v. | § | August 13, 2015 |
| Jay W. Hand and Donald Shields | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Harris Hughey shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM